**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. __25-mj-03774-Sanchez__

**UNITED STATES OF AMERICA**

**v.**

**JASON ALAN MILLER,**

**Defendant.**

_____/

## CRIMINAL COVER SHEET

1.  Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   No

2.  Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  No

3.  Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?  No

4.  Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?  No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:    _/s/ Ajay Alexander_____
Ajay Alexander
Assistant United States Attorney
Court ID No. A5502506
United States Attorney's Office
99 N.E. 4th Street, 8th Floor
Miami, Florida 33132
Telephone: 305-961-9347
Email: ajay.alexander@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   25-mj-03774-Sanchez |
| JASON ALAN MILLER, | ) | |
| | ) | |
| | ) | |
| _Defendant._ | ) | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ September 13, 2025, _____ in the county of _____ Miami-Dade _____ in the _____ Southern _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(1) | Transportation of Child Pornography |
| 18 U.S.C. § 2252(a)(4)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
_Complainant's signature_

_____ Andrew Reynolds, Special Agent HSI _____
_Printed name and title_

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by _Face Time_

Date: September 14, 2025

_____
_Judge's signature_

City and state:               Miami, Florida

Honorable Eduardo I. Sanchez, United States Magisrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Andrew Reynolds, having been first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Department of Homeland Security ("DHS"), Homeland Security Investigations ("HSI"). I have been employed as an HSI Special Agent since March 2025. I am currently assigned to the Special Agent in Charge Special Victims Group in Miami, Florida. My duties include investigating violations of federal law involving the sexual exploitation of children such as trafficking and possession of child pornography, coercion and enticement of minors, and child prostitution.

2.      Prior to HSI, I was a Special Agent with the Naval Criminal Investigative Service (NCIS) since 2020 and participated in numerous investigations involving controlled substance distribution, undercover operations, counterintelligence operations, and the execution of federal search and arrest warrants. This information contained in this affidavit is based on my personal knowledge, training and experience, as well as information provided to me by other law enforcement officers and reliable sources.

3.      I am a law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 of the United States Code. That is, I am an officer of the United States who is empowered by law to conduct investigations of, and make arrests for, violations of federal law, including the offenses enumerated in Title 18, United States Code, Sections 2422, 2423, 2251, and 2252, et seq.

4.      The information set forth in this Affidavit is provided in support of the attached criminal complaint charging **Jason Alan Miller** ("MILLER") with the following violations: transportation of child pornography, in violation of Title 18, United States Code, Section

2252(a)(1), and possession of child pornography, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

5.      The statements contained in this Affidavit are based upon my personal knowledge, as well as information provided to me by other law enforcement officers. This Affidavit does not include every fact and circumstance known to me, but only the facts and circumstances that I believe are sufficient to establish probable cause that the offenses were committed. As such, it does not include each and every fact known to law enforcement about this investigation.

## PROBABLE CAUSE

6.      On or about September 13, 2025, MILLER entered the United States at Port Miami, located in the Southern District of Florida, from The Cayman Islands via the Carnival Cruise Line Horizon. Upon arriving, MILLER was selected for secondary inspection by United States Customs and Border Protection ("CBP") officers.

7.      At secondary inspection, CBP officers inspected MILLER's personal property, including a Samsung Galaxy mobile phone (the "device"). MILLER told CBP that he owned the device and that no one else had access to the device. MILLER provided CBP with the passcode to unlock the device. CBP conducted a manual inspection of the device pursuant to border search authority and discovered several photos of suspected child sexual abuse material ("CSAM"), including photos that depicted prepubescent children engaging in sex acts. The photos were observed in the device's saved Google Photos application in a folder named "telegram."

8.      Your Affiant previewed the files located on the device and observed the following photos depicting child pornography:

- Three (3) screenshots of a folder named "2" with a date of June 21, 2025, depicting numerous thumbnail images of mp4 videos including the following:

       i.      A closeup of a prepubescent minor female's vagina.

2

ii.   A male adult having sexual intercourse with a prepubescent minor female.

iii.   A male adult performing oral sex on a prepubescent minor female.

iv.   A prepubescent minor female with exposed genitalia masturbating.

- A screenshot of a folder named "6yo_rare" with a date of June 21, 2025, including forty-five (45) images including the following.

i.   Seven (7) images of a prepubescent minor performing oral sex on an adult male.

ii.   Nine (9) images of a prepubescent minor female's vagina.

9.   MILLER was traveling with his pregnant wife and eight (8) children, aged five through twelve years old. Seven of the eight children were adopted by MILLER and were previous foster children at the MILLER household. In the past seven years, MILLER has fostered approximately twenty (20) children at his residence in Tennessee.

10.   During a post-Miranda interview, MILLER admitted that he knew there was child pornography on the device.

## CONCLUSION

11.   Based on the above information and facts, Your Affiant submits there is probable cause to believe that, between on or about September 13, 2025, **Jason Alan Miller** violated Title 18, United States Code, Sections 2252(a)(1) and 2252(a)(4)(B).

FURTHER AFFIANT SAYETH NAUGHT.

ANDREW REYNOLDS
SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time this  14th  day of September 2025.

HONORABLE EDUARDO I. SANCHEZ
UNITED STATES MAGISTRATE JUDGE